COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9266
Robert W. Clarida (RC-3190)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
The Institute for the Development of
Earth Awareness,

      Plaintiff,

  -against-

People for the Ethical Treatment of Animals,

      Defendant.
------------------------------------------------------------X



08 Civ. _____

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for plaintiff, The Institute for the Development of Earth Awareness, certifies that plaintiff has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated:  New York, New York
         July 8, 2008

                            COWAN, LIEBOWITZ & LATMAN, P.C.

                            By: _____
                                Robert W. Clarida (RC-3190)
                                1133 Avenue of the Americas
                                New York, New York  10036-6799
                                Tel:  (212) 790-9266
                                Fax: (212) 575-0671
                                Attorneys for Plaintiff