# Cowan, Liebowitz & Latman, P.C.
Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799
(212) 790-9200 • www.cll.com • Fax (212) 575-0671

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08



RECEIVED AUG 25 2008 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.

Robert W. Clarida
Direct (212) 790-9266
rwc@cll.com

August 22, 2008

*[Handwritten endorsement:] Conference adjourned from September 5, 2008 at 10:30am to November 7, 2008. SO ORDERED. [signature] P. Kevin Castel, USDJ 8-25-08*

**Via Hand Delivery**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:   The Institute for the Development of Earth Awareness v. People for the
          Ethical Treatment of Animals, No. 08 Civ. 6195

Dear Hon. Judge Castel:

   We represent Plaintiff, The Institute for the Development of Earth Awareness, in the above Action. In order to facilitate settlement of this dispute, Plaintiff has not yet effected service upon Defendant but has been in communication with Defendant's counsel to explore settlement options. We believe the parties' discussions should be given an opportunity to succeed. Therefore, we respectfully request that the conference scheduled for September 5, 2008, be adjourned until November 3, 2008 or any date thereafter at the Court's convenience. No prior request for extension of this date has previously been sought or granted. The proposed adjournment will not affect any other scheduled dates.

                                    Respectfully submitted,

                                    [signature]
                                    Robert W. Clarida

JOHN F. KENNEDY INTERNATIONAL AIRPORT OFFICE • JAPAN AIRLINES BUILDING 14, SUITE 11B • (718) 244-8595

26822/000/840916.1