UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

INSTITUTE FOR DEVELOPMENT

                Plaintiff(s),

   - against -

PEOPLE FOR THE ETHICAL

                Defendant(s).
----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-10

08 Civ. 6195 (PKC)

~~REVISED CIVIL CASE MANAGEMENT PLAN AND SCHEDULING~~ ORDER

As a result of a pretrial conference held today, IT IS ORDERED that ~~The Civil Case Management Plan and Scheduling Order is modified as follows~~:

1. ~~The date in paragraph 5 thereof for the completion of~~ all fact and expert discovery ~~is extended to~~ CONCLUDED.  _____.

2. ~~The date in paragraph 7 thereof for the completion of all expert discovery is extended to~~ _____.

3. ~~Other directions to the parties:~~ Defendant's may file its motion by ~~June~~ July 16. Plaintiff may respond by August 19. Any reply by September 10. Opening brief not to exceed 40 pages. Reply not to exceed 25 pages.

4. The next Case Management Conference ~~[the Final Pretrial Conference]~~ will be ~~held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.~~

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

2

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
5-6-10